UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

CHARLES McGONIGAL and
SERGEY SHESTAKOV,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>UNSEALING ORDER</u>

23 Cr. 16 (UA)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Rebecca Dell, Hagan Scotten, and Derek Wikstrom;

It is found that the indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned action be unsealed for all purposes.

Dated: New York, New York
       January 23, 2023

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE