AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

___US___
Plaintiff

v.

___Charles McGonigal___
Defendant

Case No. 23 CRM 016

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Charles McGonigal___.

Date: _1/23/23_

_____
Attorney's signature

Meagan Maloney 5949912
Printed name and bar number

31 W. 52nd St. 1900, NY, NY 10019
Address

meagan.maloney@bracewell.com
E-mail address

713-702-8242
Telephone number

1-800-404-3970
FAX number