UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -v.-<br><br>CHARLES McGONIGAL and SERGEY SHESTAKOV,<br><br>                        Defendants. | 23 Crim. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that an initial conference will take place on February 1, 2023 at 3:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007.  At the conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to Defendants, the Court will consult the parties regarding the scheduling of the trial.  Once a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

    IT IS FURTHER ORDERED that counsel for the Government and for Defendants consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge