```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CHARLES McGONIGAL and SERGEY SHESTAKOV,

                      Defendants.

23 Crim. 16 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **March 9, 2023,** at **11:30 am**, is RESCHEDULED for **March 8, 2023,** at **12:30 pm** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that, the time between February 9, 2023 and March 9, 2023 having previously been excluded under the Speedy Trial Act, the time between March 8, 2023 and March 9, 2023 will no longer be excluded absent further order by this Court.

    SO ORDERED.

Dated: February 10, 2023
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge