UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CHARLES McGONIGAL and SERGEY SHESTAKOV,

                    Defendants.

23 Crim. 16 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that, pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 2, an *ex parte* conference with the Government will take place at the previously agreed upon time and place. Subsequently, an *ex parte* conference with Defendants will take place at the previously agreed upon time and place.

    The Clerk of Court is directed to terminate ECF No. 20.

    SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge