

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Charles McGonigal and Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government writes to provide a status update.

    *First*, the Government responded to Sergey Shestakov's request at the May 10, 2023 status conference for the discovery in *United States v. Olga Shriki*, 22 Cr. 518 (PKC) (S.D.N.Y.). The Government informed Shestakov that the prosecution team in this case does not possess the evidence gathered in *Shriki*, and it is not aware of any evidence in that case that constitutes *Brady* or *Giglio* or is material to the defense in this case.

    *Second*, on May 19, 2023, the Government produced to Shestakov the discovery material produced by the United States Attorney's Office for the District of Columbia ("USAO-DC") in *United States v. McGonigal*, 23 Cr. 21 (CKK) (D.D.C.). The Government recently received additional discovery material from USAO-DC, and will produce it to Shestakov's counsel today.

    *Third*, on June 1, 2023, the Government made a supplemental discovery production, which included a tax order, a tax order application, and materials received in response to the tax order.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/_____
    Rebecca T. Dell
    Hagan Scotten
    Derek Wikstrom
    Assistant United States Attorneys
    (212) 637-2198 / 2410 / 1085

Cc:    Defense Counsel (by ECF)