

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Charles McGonigal and Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

    The Government writes to provide a status update, per the Court's instructions at the May 10, 2023 status conference in the above-referenced case. First, on June 27, 2023, the Government made a small discovery production of material it recently received. Second, before the July 18, 2023 status conference, the Government anticipates filing a response to the letter filed by Charles McGonigal on June 23, 2023.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                     By:   /s/
                             Rebecca T. Dell
                             Hagan Scotten
                             Derek Wikstrom
                             Assistant United States Attorneys
                             (212) 637-2198 / 2410 / 1085

Cc:    Defense Counsel (by ECF)