# BRACEWELL

July 14, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl St.
Southern District of New York
New York, NY 10007-1312

Re:    *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

      Defendant Charles McGonigal respectfully withdraws his request for a status conference, which the Court has scheduled for July 18, 2023.

Respectfully submitted,

*[signature]*

Seth D. DuCharme
Meagan C. Maloney

**Mr. Seth D. DuCharme**    T:+1.212.508.6165    F: +1.800.404.3970
**Ms. Meagan C. Maloney**   31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC