USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

CHARLES McGONIGAL,

                Defendant.

---

23 Cr. 16 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The Court has been informed that Defendant Charles McGonigal may wish to enter a change of plea. Accordingly, on **August 15, 2023** at **12:15 p.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: August 7, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge