

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *United States v. Charles McGonigal and Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

The Government writes to provide a status update, per the Court's instructions at the May 10, 2023 status conference in the above-referenced case. As the Court is aware, a change-of-plea hearing for defendant Charles McGonigal has been scheduled for August 15, 2023. The Government has not produced any additional discovery since its status letter of July 10, 2023, nor has it received any discovery requests during that time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Rebecca T. Dell
Hagan Scotten
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2198 / 2410 / 1085

Cc:   Defense Counsel (by ECF)