UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES MCGONIGAL,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>S1 23 Cr. 16 (JHR) |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_/s/ Charles McGonigal_
Charles McGonigal
Defendant

_/s/ Witness_
Witness

_/s/ Seth DuCharme_
Seth DuCharme, Esq.
Attorney for Defendant

Dated: New York, New York
August 15, 2023