# BRACEWELL

November 30, 2023

> The Court grants Defendant McGonigal's application (1) for a five-page extension of the cumulative page length of his sentencing submission; and (2) to file the public version of his submission partially under seal, as described herein.
>
> The Clerk of Court is directed to terminate ECF No. 92.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: December 1, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

    We respectfully submit this letter to memorialize the filing of our classified addendum to Mr. McGonigal's sentencing memorandum in the above-referenced case. Pursuant to the protocols for handling classified information, the CISO retrieved the classified addendum from the authorized storage facility earlier today and delivered it by hand to the Court and the government.

    The classified addendum comprises approximately five pages of highly sensitive information that is relevant to the Court's sentencing analysis pursuant to Title 18, United States Code, Section 3553(a)(1). We respectfully request that the Court grant Mr. McGonigal twenty-five pages for his public sentencing submission, which is consistent with the Court's Rules, but which would constitute a total cumulative page length of 30 pages when combined with the classified addendum.

    Also, at the request of the United States, we have redacted one of the paragraphs in the public sentencing submission, and thus seek leave of the Court to file the public version partially under seal, with an unredacted version to be provided to the Court and the government.

Respectfully submitted,

*Seth D. DuCharme*

Seth D. DuCharme
Meagan C. Maloney

**Seth D. DuCharme**
**Meagan C. Maloney**

T:+1.212.508.6165   F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC