# BRACEWELL

March 12, 2024

By tomorrow (March 14, 2024) at 12:00 p.m., the defense shall indicate Pretrial Services' position on the requested adjournment of Mr. McGonigal's surrender date.

**VIA ECF**

SO ORDERED.

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl St.
Southern District of New York
New York, NY 10007-1312

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: March 13, 2024

Re:   *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

    We write as counsel for Charles McGonigal to respectfully request an extension of Mr. McGonigal's surrender date to the Bureau of Prison of 11 weeks, from March 18, 2024 to June 3, 2024. As of yet, Mr. McGonigal has not been designated and an extension in his surrender date will █████████████████████ spare the United States from burdens arising from a pre-designation surrender to the custody of the local United States Marshals Service.

    Your Honor sentenced Mr. McGonigal on December 14, 2023 and then directed him to surrender to begin serving his sentence on March 18, 2024. In a parallel case in the District of Columbia, Judge Kollar-Kotelly adopted the same surrender date after pronouncing sentence in that case on February 16, 2024. Since then, Mr. McGonigal has been getting his affairs in order including seeking medical exams and treatment. ███████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

    Because Mr. McGonigal has not yet been designated as of this letter, and because ████████████████████████████████████████ we respectfully request a new surrender date of June 3, 2024 to allow Mr. McGonigal to ██████████████████████████ prepare for surrender, and to allow the Bureau of Prisons additional time to determine his facility of designation.

---

**Seth D. DuCharme**
**Meagan C. Maloney**

T:+1.212.508.6165      F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com      bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Hon. Jennifer H. Rearden
March 12, 2024
Page 2

      This is Mr. McGonigal's first request for an extension of his surrender date and the government does not object to the extension under the circumstances.

Respectfully submitted,

*/s/ Seth D. DuCharme*

Seth D. DuCharme
Meagan C. Maloney