# BRACEWELL

March 13, 2024

<u>**VIA ECF**</u>

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl St.
Southern District of New York
New York, NY 10007-1312

Re:   *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

     We write to apprise the Court that we have conferred with Pre-Trial Services and have been informed that Pre-Trial has no objection to Mr. McGonigal's request for an extension of his surrender date to June 3, 2024 under the circumstances.

Respectfully submitted,

*Seth D. DuCharme*

Seth D. DuCharme
Meagan C. Maloney

**Seth D. DuCharme**  T:+1.212.508.6165   F: +1.800.404.3970
**Meagan C. Maloney**  31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com   bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC