# BRACEWELL

May 28, 2024

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl St.
Southern District of New York
New York, NY 10007-1312

Re:   *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

We write as counsel for Charles McGonigal to respectfully request an extension of Mr. McGonigal's surrender date to the Bureau of Prison of 2 weeks, from June 3, 2024 to June 17, 2024. ███████████████████████████████████████████████████████████████████████

Your Honor sentenced Mr. McGonigal on December 14, 2023 and then directed him to surrender to begin serving his sentence on March 18, 2024.

On March 14, 2023, Your Honor granted Mr. McGonigal's first request to extend his surrender date from March 18, 2024 to June 3, 2024, ████████████████████████████████████████████

Mr. McGonigal now seeks a modest extension of his surrender date of 2 weeks, from June 3, 2024 to June 17, 2024, ████████████████████████████████████████████████████████ ████████████  Mr. McGonigal will report to the Bureau of Prisons the following Monday, June 17, 2024, to begin serving his sentence.

The government was consulted regarding this request for an extension and opposes the request.

**Seth D. DuCharme**
**Meagan C. Maloney**

T:+1.212.508.6165    F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

Hon. Jennifer H. Rearden
May 28, 2024
Page 2

Respectfully submitted,

*[signature: Seth D. DuCharme]*

Seth D. DuCharme
Meagan C. Maloney