# BRACEWELL

May 28, 2024

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 117.

**VIA ECF**

SO ORDERED.

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl St.
Southern District of New York
New York, NY 10007-1312

Jennifer H. Rearden, U.S.D.J.
Date: May 28, 2024

Re:  *United States v. Charles McGonigal*, No. 1:23-cr-00016-JHR

Your Honor,

  We write as counsel for Charles McGonigal to respectfully request the Court's permission to file his letter-motion requesting an extension of his surrender date partially under seal. Mr. McGonigal's letter-motion contains information concerning ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (noting that "[t]he privacy interests of innocent third parties . . . should weigh heavily in a court's" determination whether information should remain under seal) (internal quotations omitted).

  Unredacted copies of the above-referenced letter-motion will be forwarded to the Government under separate cover on May 28, 2024.

Respectfully submitted,

*Seth D. DuCharme*

Seth D. DuCharme
Meagan C. Maloney

**Seth D. DuCharme**
**Meagan C. Maloney**

T:+1.212.508.6165     F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com          bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC